**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JAWAD OBAID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-CV-02025-KVH-GBS |
| v. | ) | |
| | ) | |
| AINSTEIN AI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Jawad Obaid and Defendant Ainstein AI, Inc., hereby jointly move the Court to enter the Stipulated Protective Order submitted with this motion. In support of this motion, the parties state that the requested Stipulated Protective Order is necessary in order to protect the confidentiality of certain documents and information produced or disclosed during this litigation. Such information, subject to confidential treatment, includes documents, interrogatory answers, and deposition testimony relating to certain subject matters, including proprietary and confidential information concerning any party. Specifically, this information includes Defendant Ainstein AI, Inc.'s manuals, policies, or procedures not generally provided to the public; personnel and payroll information concerning Defendant, any current or former employees of Ainstein AI, Inc.; information related to Plaintiff's employment; and tax and/or financial information concerning any party.

WHEREFORE, the parties move the Court to enter the proposed Stipulated Protective Order.

1

Respectfully submitted,

*/s/Caroline R. Gurney*
Caroline R. Gurney (KS #26868)
Benjamin D. Ashworth (KS #28083)
7015 College Boulevard, Suite 375
Overland Park, Kansas 66211
TELEPHONE: (913) 345-2555
FACSIMILE: (913) 345-2557
E-MAIL: ba@ksmolaw.com
E-MAIL: cg@ksmolaw.com
ATTORNEYS FOR PLAINTIFF


*/s/ Kathryn A. Wright*
Kathryn A. Wright (KS #27478)
Lauren Mangiameli (KS #29485)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: kwright@halbrookwoodlaw.com
E-MAIL: lmangiameli@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT